UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BELMONT 76 SERVICE INC., et al.,<br><br>    Defendants. | Case No. 24-cv-04545-SK<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

On March 5, 2025, the Court issued an Order continuing the deadline to conduct the settlement meeting under General Order 56 to April 29, 2025, and directing the parties to file a Notice of Settlement of ADA Access Case or Notice of Need for Mediation and Certification of Counsel within one week of the settlement meeting. (Dkt No. 35.) That deadline passed months ago and to date, the parties have not filed a Notice of Settlement or a Notice of Need for Mediation. Therefore, the Court HEREBY ORDERS Plaintiff to Show Cause in writing by no later than September 22, 2025, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause ("OSC") by September 22, 2025, the Court will dismiss this case for failure to prosecute without further notice. If Plaintiff does respond to this OSC, he shall explain whether the settlement meeting occurred and what, if anything, has occurred in this litigation since that meeting.

**IT IS SO ORDERED**.

Dated: September 11, 2025

SALLIE KIM
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28